In the Matter of CIARA LEE C., a Child Alleged to be Permanently Neglected. LOURDES R., Appellant; EPISCOPAL SOCIAL SERVICES et al., Respondents.

Submitted December 28, 2009; decided February 18, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

CITY OF NEW YORK et al., Plaintiffs, v THOMAS A. MAUL, Defendant. L.J. et al., Intervenors-Respondents, v JOHN B. MATTINGLY, as Commissioner, New York City Administration for Childrens' Services, Appellant, et al., Defendant.

Submitted February 16, 2010; decided February 18, 2010

Motion by New York State Association of Counties for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted December 21, 2009; decided February 18, 2010

Motion for reargument etc. denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 511 (2009)].